# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

| | |
|---|---|
| IN RE: | Case No:    6:18-bk-02554-CCJ |
| **TOYA GILYARD CLARKE A/K/A TOYA HARPER** | Chapter 13 |
| Debtor | |

## Notice of Appearance of Counsel

COMES NOW Barbara Billiot Stage, Esq., of the Stage Law Firm, P.A., and hereby gives notice of her appearance of counsel on behalf of the Preserve at Eagle Lake Homeowners Association, Inc. and requests that copies of all pleadings, notices, orders and other papers in this cause be henceforth provided to the undersigned as counsel for the Preserve at Eagle Lake Homeowners Association, Inc.

Date:    March 21, 2019

*/s/ Barbara Billiot Stage*
Barbara Billiot Stage, Esq.
Florida Bar No.: 0042467
Stage Law Firm, P.A.
2295 South Hiawassee Road, Suite 402
Orlando, Florida 32835-8748
Tel:    (407) 802-5105
Fax:    (321) 775-9857
Primary E-mail:    barbara.stage@stagelaw.com
Secondary E-mail:    pleadings@stagelaw.com

**Attorney for Preserve at Eagle Lake Homeowners Association, Inc.**

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing has been furnished to and/or by U.S. Mail, pursuant to *Fla. R. Jud. Admin. 2.516*, on this 21st day of March 2019 to:

Sophia Cabacum Dean, Esq.
Attorney for Debtor
c/o The Orlando Law Group
12301 Lake Underhill Road
Suite 213
Orlando, Florida 32828

Jared Block, Esq.
c/o Florida Community Law Group, P.L.
1855 Griffin Road
Suite A423
Dania Beach, Florida 33004-2209

Laurie K. Weatherford
PO Box 3450
Winter Park, Florida 32790

Office of the U.S. Trustee
400 West Washington Street
Suite 1100
Orlando, Florida 32801